RICHARD GASIOR v. STATE OF NEW JERSEY,
DEPT. OF CIVIL SERVICE, STATE AWARDS PROGRAM.

April 18, 1978. Petition for certification denied. (See 154
*N. J. Super.* 568).

BETTY KOHLER v. SUPERMARKETS GENERAL.

April 18, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN GUANCI.

April 18, 1978. Petition for certification denied.

THE STATE OF NEW JERSEY v. PAUL J. LOMBARDO,
JAMES E. LAGOMARSINO AND VINCENT DECARLO.

April 18, 1978. Petition for certification denied.

OSWALDO RIOS v. FLEXON INDUSTRIES.

April 18, 1978. Petition for certification denied. (See
156 *N. J. Super.* 23).

STATE OF NEW JERSEY v. JOSEPH EDWARD MCCLAIN.

April 18, 1978. Petition for certification denied.